**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )    **Cr. No.  2:26-CR-20139-SHL** |
| | ) |
| **ALEXANDER WILLIAMS,** | ) |
| | ) |
| **Defendant.** | ) |

**APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM**

The United States Attorney's Office applies to the Court for a Writ to have Alexander Williams, RNI#:433578, now being detained in the Shelby County Correctional Center, appear before Honorable Tu M. Pham, April 17th, 2026, at 1:30 pm for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 10th day of April 2026

*s/J. William Crow*
**J. William Crow**
**Assistant U. S. Attorney**

---

Upon consideration of the foregoing Application, TYREECE MILLER, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TENNESSEE;  SHERIFF FLOYD BONNER, JR., SHELBY COUNTY JAIL, MEMPHIS, TENNESSEE.

**YOU ARE HEREBY COMMANDED** to have Alexander Williams, RNI#:433578, appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 10th day of April 2026

s/Tu M. Pham

---
**HONORABLE TU M. PHAM**
**CHIEF U. S. MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."