# The Gulotta Firm, PLLC

Matt C. Gulotta | Attorney at Law

202 Adams Ave.
Memphis, TN 38103

Tel: (901) 213-6648
Fax: (901) 424-1296

matt@gulottalaw.net

April 21, 2026

AUSA J. William Crow
U.S. Attorney's Office
167 N. Main Street, Suite 800
Memphis, TN 38103

**RE:    Defendant's Discovery Letter**
**United States v. Alexander Williams**
**Case No.: 2:26-cr-20139-SHL**

Dear Mr. Crow:

I was appointed to represent Alexander Williams on April 17, 2026, and he was arraigned on April 17, 2026. Defendant requests the following discovery:

1.    Defendant requests copies of all material discoverable under Fed. R. Crim. P. 16(a)(1)(A), (B), (C), (D), (E), (F), and (G).

2.    Defendant requests notice of the government's intention to use any like and similar conduct on the part of the defendant or other crimes evidence pursuant to Fed. R. Evid. 404(b), should this case proceed to trial.

3.    Defendant requests notice of any items seized by agents of the United States from the person or residence of the defendant, which may or could be the subject of a motion to suppress evidence as per Fed. R. Crim. P. 12(b)(4)(B).

4.    Defendant requests notice of the use of any electronic surveillance or wiretap in this case, including the use of cellphone tracking devices.

5.    Defendant requests the production of information contained in the files or otherwise known to any municipal or state agency, civil, administrative, or criminal in nature, which information has formed part of the decision to prosecute.

6.    Defendant requests the disclosure by the government of exculpatory and impeachment evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and *United States v. Bagley*, 87 L.Ed.2d 481 (1985).

7.    Defendant requests the government provide any material subject to the 18 U.S.C. § 3500, (Jencks Act) in advance of trial and/or motion hearings.

# The Gulotta Firm, PLLC

202 Adams Ave.
Memphis, TN 38103

Matt C. Gulotta | Attorney at Law

Tel: (901) 213-6648
Fax: (901) 424-1296

matt@gulottalaw.net

8.      Defendant further requests the government provide curriculum vitae of any expert witness the government intends to call at the trial of this cause and a listing of any books, papers, or treatises written by the expert which are relevant to the anticipated testimony is requested.

9.      Defendant requests discovery regarding the existence, substance, extent, and the manner of execution or fulfillment of any inducement, promise, statement, agreement, understanding, or arrangement, either verbal, written, or implied, between the government and any of its agents and any prosecution witness, or his or her attorneys or representatives, for the purpose of obtaining said person's testimony, cooperation, or provision of information to the government wherein the government has agreed, stated, or implied action as to any of the following:

(a) Not to prosecute said person for any crime or crimes, charged or uncharged.

(b) To provide a formal grant of statutory immunity, or to provide an informal assurance that the person will not be prosecuted in connection with any testimony, cooperation, or information given.

(c) To recommend leniency or a particular sentence for any crime or crimes for which he or she stands convicted or for which he or she will be charged or is expected to be convicted.

(d) To reconsider or otherwise alter its present position towards sentence, prosecution, or other exposure based upon the nature and extent of the person's future testimony or cooperation relative to this or any other case.

(e) To make any recommendation of benefit to the person or any state or federal agency.

(f) To provide favorable treatment or consideration, that is, money, a job, a new location, etc., to the person himself or to friends or relatives of the person in return for his testimony, cooperation, or provision of information.

Thank you, and I look forward to working with you on this case.

s/ Matt Gulotta
Matthew C. Gulotta (TN#028194)
The Gulotta Firm, PLLC
202 Adams Avenue
Memphis, TN 38103
Tel: (901) 213-6648
Fax: (901) 424-1296
matt@gulottalaw.net